# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff(s),<br>vs.<br>Rolando Ramon Sanchez,<br>　　Defendant(s). | NO. CR 09-1125-FRZ-GEE<br>ORDER |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Dismiss Superceding Indictment [27].

On November 6, 2009, Magistrate Judge Glenda E. Edmonds conducted a hearing and on November 11, 2009 issued her Report and Recommendation [37]. A copy was sent to all parties. Defendant filed his Objection to Report and Recommendations on November 26, 2009 [39]. The Government filed their Response [39] on December 3, 2009.

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Edmonds' Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that the Motion to Dismiss Superceding Indictment is DENIED.

DATED this 10th day of December, 2009.

FRANK R. ZAPATA
United States District Judge